# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN E. MARTIN, M.D.; WALTER
JOHN EHRMAN, M.D.; AUDIE L. LEE,
P.A.-C.; AND MARICEL OLAN-
CABRERA, APN,
        Petitioners,
        vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
        Respondents,
        and
SYLVIA LYNETTE GRIFFIN; AND
LAMOND LATATE GRIFFIN,
        Real Parties in Interest.

No. 78697

**FILED**

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

Cause appearing, petitioners' motion to voluntary dismiss this petition is granted. This petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

19-22449

cc: Hon. Ronald J. Israel, District Judge
Mandelbaum, Ellerton & Associates
Gerald I. Gillock & Associates
O'Reilly Law Group
Eighth District Court Clerk